CHRISTOPHER BOYLE, Appellant, *v.* MALLORY STEAMSHIP COMPANY, Respondent.

*Boyle v. Mallory Steamship Co.*, 173 App. Div. 936, affirmed.
(Argued November 27, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while plaintiff was a passenger on one of defendant's vessels it negligently permitted soot and cinders to be emitted from the smoke stack and that a particle entering plaintiff's eye caused inflammation resulting in loss of sight.

*William Van Wyck* and *William F. Purdy* for appellant.

*Henry M. Hewitt* and *James A. Hatch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, McLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and POUND, JJ.